**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-60521-RAR**

**CHRISTIE M. CURTIS,**

    Plaintiff,

v.

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record.  On March 23, 2020, the Court ordered the parties to file a joint scheduling report and certificates of interested parties by April 20, 2020 [ECF No. 5].  The date for compliance has passed and, to date, the parties have not filed a joint scheduling report.  It is therefore

**ORDERED AND ADJUDGED** that on or before **April 24, 2020**, the parties shall comply with the requirements of the March 23rd Order or show cause as to why sanctions should not be imposed.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 23rd day of April, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**